STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CHARLES A. BARTS, PLAINTIFF IN ERROR.

Argued October 17, 1944—Decided January 4, 1945.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *Isidor Kalisch* and *Oliver Randolph.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, BODINE, PORTER, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ.   10.

*For reversal*—COLIE, J.   1.